**ATTACHMENT TO CIVIL COVER SHEET**
(Form js 44)

This attachment shall be deemed to supplement the Civil Cover Sheet to which it is attached and lists additional counsel for the Defendant.

Attorneys for Defendant:

SPRADLING, KENNEDY & MCPHAIL, L.L.P.
The Tower, Suite 1750
1601 NW Expressway
Oklahoma City, OK  73118-1467
Telephone: (405) 418-2700
T. Scott Spradling, Esq. OBA#8516
Mark R. McPhail, Esq. OBA#15307

GORDON SILVER
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, NV  89169
Telephone:  (702) 796-5555
Eric R. Olsen, Nevada Bar No. 3127, *Pro Hac Vice Admittance Pending*
Courtney R. Radow, Nevada Bar No. 12073, *Pro Hac Vice Admittance Pending*